PHILIP DEOBOLD, as Executor, etc., Respondent, *v.* FREDERICK OPPERMANN, Jr., et al., Appellants.

This case presented the same questions and was argued and decided with *Deobold* v. *Oppermann.* (*Ante*, p. 531.)

---

THE PEOPLE ex rel. ANDREW McCLINTOCK, Appellant, *v.* STEPHEN B. FRENCH et al., Com'rs, etc., Respondents.

(Argued November 27, 1888; decided December 11, 1888.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made January 23, 1888, and an order amending the same made March 10, 1888, which affirmed the proceedings of the Police Board of the city of New York dismissing the relator from the force.

*Louis J. Grant* for appellant.

*D. J. Dean* for respondents.

Agree to affirm; no opinion.
All concur.
Orders affirmed.

---

JOHN S. BARRY, Respondent, *v.* J. FRANK CALDER et al., Impleaded, etc., Appellants.

(Argued November 27, 1888, decided December 11, 1888.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made May 18, 1888, which affirmed an order of Special Term denying a motion to set aside an order of arrest.

*G. B. Wellington* for appellants.

*C. S. McChesney* for respondent.

Agree to affirm order; no opinion.
All concur.
Order affirmed.